## United States Bankruptcy Court
### Middle District of Florida

In re   Christine Marie Garafola                                    Case No.   8:16-bk-10334
                              Debtor(s)                             Chapter    13

# MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On   December 5, 2016  , the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date   February 13, 2018                    Signature   /s/ Christine Marie Garafola
                                                        Christine Marie Garafola
                                                        Debtor

Attorney   /s/ Robert M. Geller
           Robert M. Geller 588105

Law Offices of Robert M. Geller, P.A.
807 W. Azeele St
Tampa, FL 33606
813-254-7687

rmgbk@verizon.net