B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

In re    Christine Marie Garafola               Case No.    8:16-bk-10334
                           Debtor(s)               Chapter      7

## Supplemental DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept 4225.00 for representation of debtor in chapter 13 case and 2900.00 for representation for conversion, thus far I have been paid directly by debtor $300.00 in fees for representation of debtor in chapter 13, I have been paid 1119.21 through the chapter 13 plan.   Debtor has agreed to pay the undersigned an additional sum of $2,900.00 for representation in the conversion of this case.  Debtor will pay 900.00 on February 14, 2018, 1,000 on March 1, 2018 and 1,000 on April 1, 2018. | 4319.21 |
| Total debtor has agreed to pay for representaiton of Chapter 13 and Chapter 7 | 1419.21 |
| Prior to the filing of this statement I have received | |
| Balance Due | 2900.00 |

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
                Adversary proceedings and contested matters

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 13, 2018
*Date*

            /s/ Robert M. Geller
            Robert M. Geller 588105
            *Signature of Attorney*
            Law Offices of Robert M. Geller, P.A.
            807 W. Azeele St
            Tampa, FL 33606
            813-254-7687
            rmgbk@verizon.net
            *Name of law firm*